1  Ronald D. Roup (94495) ron@rouplaw.comJS-
   Joan C. Spaeder-Younkin (192235) joan@rouplaw.com                    JS-6
2  Brad M. Simon (244369) brad@rouplaw.com
   ROUP & ASSOCIATES, A LAW CORPORATION
3  23101 Lake Center Drive, Suite 310
   Lake Forest, California 92630
4  *Phone*: (949) 472-2377
   *Fax*:    (949) 472-2317
5
   Attorneys for Defendants,
6  U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, *erroneously sued as Bank of*
   *America, N.A.*; LITTON LOAN SERVICING LP; and MORTGAGE ELECTRONIC
7  REGISTRATION SYSTEMS, INC.

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  ANDREW SCHERER, an individual          )   Case No. **CV09-6128 VBF**
                                           )
12              Plaintiff,                  )   *[Removal from the Superior Court of*
                                           )   *California, County of Los Angeles, Case*
13  vs.                                     )   *No. EC050660]*
                                           )
14  BANK OF AMERICA, N.A. as successor by   )   **STIPULATION TO REMAND CASE**
    merger to LaSalle Bank N.A., as Trustee for )   **TO STATE COURT AND ORDER**
15  the C-Bass Mortgage Loan Asset- Backed )   **THEREON**
    Certificates, Series 2007-CB4; LITTON  )
16  LOAN SERVICING, LP, a suspended Texas  )
    limited partnership; FIELDSTONE        )
17  MORTGAGE COMPANY, a Maryland           )
    corporation; MORTGAGE ELECTRONIC      )
18  REGISTRATION SYSTEMS, INC., a          )
    California corporation; QUALITY LOAN   )
19  SERVICE CORP., a California corporation; )
    and DOES 1 through 100,                )
20                                          )
                Defendants.                 )
21                                          )
    _____ )
22

23        Defendant, "U.S. BANK NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE

24  TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER

25  TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE C-BASS

26  MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007CB-4", *erroneously*

27  *sued as* "Bank of America, N.A as successor by merger to LaSalle Bank N.A., as Trustee for

28  the C-Bass Mortgage Loan Asset- Backed Certificates, Series 2007-CB4*"* (hereinafter "U.S.

                                        1
          **STIPULATION TO REMAND TO STATE COURT AND ORDER THEREON**

Bank"); LITTON LOAN SERVICING LP ("Litton"); and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") (hereinafter collectively "Defendants") and Plaintiff, ANDREW SCHERER (hereinafter "Plaintiff"), by and through their counsel of record hereby stipulate with reference to the following facts:

1.     This action was originally filed in state court, the Superior Court of California, County of Los Angeles, Case No. EC050660, and Defendant removed it to federal court on or about August 21, 2009, pursuant to 28 USC §1441(b) (Federal Question).

2.     Defendant filed a Motion to Dismiss, which was not heard, and Plaintiff's filed a First Amended Complaint on October 21, 2009.

3.     The First Amended Complaint was emailed to Defendants' counsel on November 5, 2009, as Defendants' counsel was unable to retrieve it through PACER.

4.     The First Amended Complaint no longer contains any federal claims, making it appropriate to remand this case back to state court.

**WHEREFOR,** the parties hereby stipulate that good cause exists to remand this case back to state court, Los Angeles County Superior Court, Case No. EC050660.   This stipulation is without prejudice to the rights, claims, defenses and arguments of all parties. Defendants agree that the pending foreclosure sale shall not proceed prior to December 6, 2009.

Dated: November 23, 2009          ROUP & ASSOCIATES,
                                  A LAW CORPORATION

                                  By:_*/s/ Ronald D. Roup*_____
                                  Ronald D. Roup, Attorneys for
                                  U.S. BANK NATIONAL ASSOCIATION,
                                  LITTON LOAN SERVICING LP, and
                                  MERS

Dated: November 23, 2009          HERNANDEZ & ASSOCIATES

                                  By:_*/s/ Ligia Hernandez*_____
                                  Ligia Hernandez.  Attorneys for
                                  Plaintiff, ANDREW SCHERER

*Order following on next page:*

**STIPULATION TO REMAND TO STATE COURT AND ORDER THEREON**

1

2

**ORDER**

3       Pursuant to the Stipulation of the parties and good cause appearing, it is hereby ordered

4 that this action is remanded back to state court, Los Angeles County Superior Court Case

5 Number EC050660 and all matters currently scheduled in this federal action are taken off

6 calendar.

7       The pending foreclosure sale of the Subject Property, located at 1025 N. Avon Street,

8 Burbank, CA 9150, shall not proceed prior to December 6, 2009.

9
       *Valerie Baker Fairbank*
10 Dated:___11-30-09_____       _____

11                                   Hon. Valerie Baker Fairbank, Judge
                                    United States District Court
12                                   Central District of California

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**STIPULATION TO REMAND TO STATE COURT AND ORDER THEREON**